Steven A. Seick, Attorney at Law
California State Bar No. 144819
110 West C St., Suite 1809
San Diego, CA 92101
(619) 234-6104; e-mail - steveseick@cox.net

Attorney for Farshid Farokhi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Farshid Farokhi, | Civil Case No. '08 CV 0219 BEN WMc |
| Plaintiff, | DHS No. A28-221-608 |
| v. | |
| Michael Chertoff, Secretary, Department of Homeland Security, | COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS |
| Emilio Gonzalez, Director, United States Citizenship and Immigration Services, | |
| Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services, | |
| Michael Mukasey, Attorney General of the United States, | |
| Robert Mueller, III, Director, Federal Bureau of Investigation, | |
| Defendants. | |

Plaintiff alleges as follows:

1. Plaintiff Farshid Farokhi is an individual and an applicant for naturalization in the United States. Plaintiff resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. §§ 1421 and 1447(b).

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Defendant Emilio Gonzalez is the Director of the United States Citizenship and Immigration Services (USCIS). Defendant Paul Pierre is the District Director of the San Diego District of USCIS. Defendant Michael Mukasey is the

Attorney General of the United States. Defendant Robert Mueller, III, is the Director of the Federal Bureau of Investigation. All defendants are sued in their professional capacities.

3. The Court has jurisdiction of this action pursuant to 8 U.S.C. §§ 1421 and 1447(b), 5 U.S.C. § 701 *et seq.*, and 28 U.S.C. § 2201 *et seq.*, and relief is requested pursuant to these statutes.

4. Plaintiff applied for naturalization on June 22, 2005, pursuant to 8 U.S.C. § 1421 with USCIS. Defendants have a duty to adjudicate this application.

5. USCIS added - without the authority of regulation - a new type of background investigation several years ago to the naturalization process. Called name checks, these investigations involve the review of FBI records based on the full name of the applicant. The FBI conducts the name check through manual and electronic searches of FBI records. USCIS requests FBI name checks for all naturalization applications.

6. Plaintiff's fingerprints and biometrics were taken by USCIS on September 1, 2005, in order for the FBI to perform criminal, security and name checks.

7. Plaintiff appeared for a naturalization examination on December 2, 2005. USCIS informed plaintiff that he passed the English, U.S. history, and U.S. government tests. He was further informed, however, that a decision could not be made because the name check had not been completed.

8. Plaintiff has repeatedly inquired of Defendants as to when he will be scheduled for an examination. He has been told a decision on his application continues to be delayed as the name check has not been completed.

9. Plaintiff has exhausted his administrative remedies.

10. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with law.

11. Pursuant to 8 U.S.C. § 1447(b), the plaintiff may apply to the United States District Court for a hearing on the matter. The District Court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate

1  instructions, to USCIS to determine the matter.
2      12.   In addition, Defendants are in violation of the Administrative Procedures
3  Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding or unreasonably delaying action
4  on plaintiff's application to naturalize by failing to complete the name check, and have
5  failed to carry out the adjudicative functions delegated to them by law with regard to
6  plaintiff's case.
7      WHEREFORE, plaintiff prays:
8      A.   That the defendants be ordered to promptly adjudicate his case in a time
9  period not to exceed 90 days,
10     B.   For reasonable attorney's fees, and
11     C.   For other relief as the court may deem proper.
12  //
13  //
14  //
15  Dated: Feb. 4, 2008

Steven A. Seick
Attorney for Plaintiff Farshid Farokhi

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**  Farshid Farokhi

**DEFENDANTS**  Michael Chertoff, Secretary, Dept. of Homeland Security; Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services; Paul Pierre, District Director, San Diego District, U.S. Citizenship & Immigration Services; Michael Mukasey, U.S. Attorney General; Robert Mueller, III, Director, Federal Bureau of Investigation

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

08 FEB -5 AM 10:28
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven A. Seick, Attorney at Law; (619) 234-6104
110 West C St., Suite 1809; San Diego, CA 92101

Attorneys (If Known)
08 CV 0219 BEN WMc

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | **Habeas Corpus:** ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 8 USC § 1447(b)
Brief description of cause:
Defendants have failed or refused to adjudicate plaintiff's naturalization application within 120 days

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 2/5/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # 14726  AMOUNT $350-  2/5/08 BH  APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

     # 147236      - BH

       February 05, 2008
           10:27:16

         Civ Fil Non-Pris
   USAO #.: 08CV0219 CIVIL FILING
   Judge..: ROGER T BENITEZ
   Amount.:              $350.00 CC


       Total-> $350.00


   FROM: FAROKHI V. CHERTOFF ET AL
         CIVIL FILING
         VISA AUTH# 02562C
```