Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB -5 AM 10:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

Farshid Farokhi

vs

Michael Chertoff, Secretary, Department of Homeland Security
Emilio Gonzalez, Director, United States Citizenship and
    Immigration Services
Paul Pierre, District Director, San Diego District, United
    States Citizenship and Immigration Services
Michael Mukasey, Attorney General of the United States
Robert Mueller, III, Director, Federal Bureau of Investigation

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0219 BEN WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Steven A. Seick
110 West C St., Suite 1809
San Diego, CA  92101

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 05 2008

W. Samuel Hamrick, Jr.                                         DATE

J. PARIS (CLERK stamp)

By                         , Deputy Clerk

Summons in a Civil Action                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)