1  Steven A. Seick, Attorney at Law
   California State Bar No. 144819
2  110 West C St., Suite 1809
   San Diego, CA 92101
3  (619) 234-6104; e-mail - steveseick@cox.net

4  Attorney for Farshid Farokhi

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Farshid Farokhi, ) | Civil No. 08CV0219 BEN WMc |
| Plaintiff, ) | DHS No. A28-221-608 |
| v. ) | CERTIFICATE OF SERVICE |
| Michael Chertoff, Secretary, Department of Homeland Security, ) | |
| Emilio Gonzalez, Director, United States Citizenship and Immigration Services, ) | |
| Paul Pierre, District Director, San Diego District, United States Citizenship and Immigration Services, ) | |
| Michael Mukasey, Attorney General of the United States, ) | |
| Robert Mueller, III, Director, Federal Bureau of Investigation, ) | |
| Defendants. ) | |

I, Steven A. Seick, attorney for plaintiff Farshid Farokhi, declare under penalty of perjury that I am a citizen of the United States, a resident of San Diego County, California, over the age of eighteen years, with the business address of 110 West C St., Suite 1809, San Diego, CA, and not a party to this action, and that I served plaintiff's Complaint for a Writ in the Nature of Mandamus and Summons in a Civil Action on February 5, 2008, as follows:

//

//

By personal delivery to:

U.S. Department of Justice
Office of the U.S. Attorney
101 West Broadway, Suite 1500
San Diego, CA 92101

By placing a copy in a separate envelope, with postage for certified mail fully prepaid, for each addressee named below and depositing each with the U.S. Postal Service at San Diego, California:

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Michael Chertoff
Secretary
Department of Homeland Security
Washington, D.C. 20528

Paul Pierre
District Director
San Diego District, USCIS
880 Front St., Room 1234
San Diego, CA 92101

Emilio Gonzalez
Director, USCIS
20 Massachusetts Ave, NW
Washington, D.C. 20529

Robert Mueller, III
Director, Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, D.C. 20535

//

Dated: February 5, 2008        s/ Steven A. Seick
                               Steven A. Seick
                               Attorney for Plaintiff Farshid Farokhi