1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7  Attorneys for Defendants

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| FARSHID FAROKHI, | Case No. 08cv0219 BEN (WMc) |
|---|---|
| Plaintiff, | |
| v. | JOINT MOTION TO REMAND |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; PAUL PIERRE, District Director, San Diego District, United States Citizenship and Immigration Services; MICHAEL MUKASEY, Attorney General of the United States; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, | |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Farshid Farokhi, by and through counsel, Steven A. Seick, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move the Court to remand this complaint to U.S. Citizenship and Immigration Services (USCIS) for adjudication. The undersigned attorney for the Defendants has informed counsel for the Plaintiff that the FBI has completed its name check and that USCIS is now prepared to complete its investigation and adjudication of Plaintiff's naturalization application. In the event the naturalization application is not adjudicated

1 within sixty days of the Court's order remanding the case, Defendants do not object to Plaintiff's being
2 granted sixty days leave to amend his complaint.

4       DATED: March 25, 2008         s/ Steven A. Seick

STEVEN A. SEICK
Attorney for Plaintiff
E-Mail: steveseick@cox.net

8       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
9 of the United States District Court for the Southern District of California, I certify that the content of
10 this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from
11 Steven Seick to affix his electronic signature to this document.

13       DATED: March 25, 2008         KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark

CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov