1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone:  (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 FARSHID FAROKHI,              )    Case No. 08cv0219 BEN (WMc)
                                 )
11              Plaintiff,       )
                      v.         )
12                               )
   MICHAEL    CHERTOFF,   Secretary,)
13 Department of Homeland Security; EMILIO)   CERTIFICATE OF SERVICE
   GONZALEZ,  Director,  United  States)
14 Citizenship  and  Immigration  Services;)
   PAUL PIERRE, District Director, San)
15 Diego District, United States Citizenship)
   and  Immigration  Services;  MICHAEL)
16 MUKASEY,  Attorney  General  of  the)
   United States; ROBERT S. MUELLER, III,)
17 Director, Federal Bureau of Investigation, )
                                 )
18              Defendants.      )
   _____)

19

20 IT IS HEREBY CERTIFIED THAT:

21      I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
22
        I am not a party to the above-entitled action.  I have caused service of: **JOINT MOTION TO
23 REMAND** on the following party by electronically filing the foregoing with the Clerk of the District
   Court using its ECF System, which electronically provides notice.
24
        Steven A. Seick, Esq.
25      Attorney for Plaintiff
        E-Mail: steveseick@cox.net
26      I declare under penalty of perjury that the foregoing is true and correct.

27      Executed on March 25, 2008.

28                               s/ Caroline J. Clark
                                 Caroline J. Clark