1

2

3                          UNITED STATES DISTRICT COURT

4                         SOUTHERN DISTRICT OF CALIFORNIA

5

6   FARSHID FAROKHI,                      )      Case No. 08cv0219 BEN (WMc)
                                          )
7                    Plaintiff,           )
                  v.                      )
8                                         )      ORDER GRANTING JOINT MOTION TO
    MICHAEL  CHERTOFF,  Secretary,)              REMAND
9   Department of Homeland Security; EMILIO)
    GONZALEZ,  Director,  United  States)
10  Citizenship  and  Immigration  Services;)    USCIS No. A28 221 608
    PAUL PIERRE, District Director, San)
11  Diego District, United States Citizenship)
    and  Immigration  Services;  MICHAEL)        [Docket No. 4]
12  MUKASEY,  Attorney  General  of  the)
    United States; ROBERT S. MUELLER, III,)
13  Director, Federal Bureau of Investigation,  )
                                          )
14                   Defendants.          )
    _____ )

15

16       Having considered the parties' Joint Motion to Remand (Docket No. 4) and finding the motion

17  meritorious, the Court GRANTS the Motion.  This case is hereby remanded to U.S. Citizenship and

18  Immigration Services for adjudication of the naturalization application.  Plaintiff has sixty days to leave

19  to amend his Complaint in the event the naturalization application is not adjudicated within sixty days

20  of this ORDER.  The Clerk shall close the case.

21       **IT IS SO ORDERED.**

22

23  **DATED:  March 27, 2008**

24                                        _____
                                          **Hon. Roger T. Benitez**
25                                        **United States District Judge**

26

27

28